**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James Robert CAPPS, Defendant-
Appellant.**

**No. 71-2618.**

United States Court of Appeals,
Ninth Circuit.

April 10, 1972.

———◆———

Joseph Giovanazzi, Beverly Hills, Cal.,·
for defendant-appellant.

Harry D. Steward, U. S. Atty., Clifton
F. White, Stephen G. Nelson, Asst. U. S.
Attys., San Diego, Cal., for plaintiff-ap-
pellee.

Before CHAMBERS, WRIGHT and
GOODWIN, Circuit Judges.

PER CURIAM:

While searching Capps' car for aliens,
which at the point of the search they
had a right to do, the immigration offi-
cers first smelled and then found consid-
erable marijuana in shopping bags in
the trunk of the car. The evidence was
clearly sufficient. No one was required
to accept the alibi.

A point of improper search is made.
The search was probably unobjectionable
on the defendant's version of the facts.
But the court found the officers' differ-
ent version was correct; that is, that
the trunk key (which Capps denied hav-
ing) was found on the floor in front of
the seat. Obviously, the officer did the
proper thing. He used it.

The judgment is affirmed.